UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:95-CR-78-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAWRENCE DONNELL STEELE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Sealed Memorandum Regarding Motion for Reduction of Sentence [DE-57] and the Defendant's objection to the United States Probation Office's Proposed Order regarding Motion For Sentence Reduction. In his memorandum [DE-57], the Defendant challenges the length of his sentence under the Fair Sentencing Act and he raises a number of complex legal arguments. The court is interested in the Government's position regarding the issues raised in the Defendant's memorandum. Therefore, the court DIRECTS the Government to file a response to the Defendant's Sealed Memorandum Regarding Motion for Reduction of Sentence [DE-57] **by May 7, 2013**. After the court has time to consider the Government's response, the court will consider Defendant's request for a hearing.

SO ORDERED.

This the 6th day of March, 2013.

/s/ James C. Fox
JAMES C. FOX
Senior United States District Judge